STEVEN G. KALAR
Federal Public Defender
SOPHIA WHITING
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
Sophia_Whiting@fd.org

Counsel for Defendant PETTUS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 20-CR-00285-RS |
|---|---|
| Plaintiff, | STIPULATED ORDER (1) CONTINUING CHANGE OF PLEA AND SENTENCING HEARING |
| v. | |
| CHARLES PETTUS, | |
| Defendants. | |

    Charles Pettus is scheduled to appear before this Court on October 6, 2020, for a consolidated change of plea and sentencing hearing. Since Mr. Pettus is in custody at Santa Rita Jail, there are limited appointments available to conduct the presentence investigation interview. The interview appointment U.S. Probation was able to schedule with Mr. Pettus is after the draft presentence report (PSR) is due to the parties. The parties therefore request a continuance to allow the interview to take place and the PSR to be prepared.

    Thus, the parties stipulate that the change of plea and sentencing hearing on October 6, 2020, be continued to November 3, 2020, at 1:00 p.m.

    IT SO STIPULATED.

STIP & ORDER                                                    1

| | |
|---|---|
| August 24, 2020<br>Dated | DAVID L. ANDERSON<br>United States Attorney<br>Northern District of California |
| | /S<br>MARI OVERBECK<br>Assistant United States Attorney |
| August 24, 2020<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | /S<br>SOPHIA WHITING<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

August 25, 2020
Date

HON. RICHARD SEEBORG
United States District Judge

STIP & ORDER                                2