STEVEN G. KALAR
Federal Public Defender
SOPHIA WHITING
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:     415.436.7706
Sophia_Whiting@fd.org

Counsel for Defendant PETTUS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES PETTUS,<br><br>Defendants. | Case No. 20-CR-00285-RS<br><br>STIPULATED ORDER (1) CONTINUING CHANGE OF PLEA AND SENTENCING HEARING; (2) EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |

    Charles Pettus is scheduled to appear before this Court on November 3, 2020, for a consolidated change of plea and sentencing hearing. Probation Officer Jessica Goldsberry provided a timely draft presentence report (PSR) for Mr. Pettus' review and a copy was sent to him immediately, however, more than two weeks have passed and he still has not received it. A second copy has been sent. Mr. Pettus' ability to thoroughly respond to the PSR has therefore been delayed. Mr. Pettus would also request additional time to continue developing mitigation, which has been hampered by the realities of the pandemic and the availability of appointments at Santa Rita Jail. The parties jointly request the consolidated plea and sentencing hearing be continued from November 3, 2020, to December 14, 2020. Probation Officer Jessica Goldsberry is also available on the requested date.

    The parties further stipulate and request that, under the Speedy Trial Act, the Court exclude the

STIP & [PROPOSED] ORDER                    1

time from November 3, 2020 to December 14, 2020. An exclusion is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), effective preparation of counsel, taking into account the exercise of due diligence. Furthermore, an exclusion is appropriate under 18 U.S.C. § 3161(h)(7)(A), "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial," due to the realities the pandemic, and the benefit of consolidating plea and sentencing hearings, as counseled by General Order 72-6.

Thus, the parties stipulate, and the Court finds and holds, as follows:

1. The hearing on November 3, 2020, is vacated, and this matter is set for a consolidated change of plea and sentencing hearing on December 14, 2020, at 2:00 p.m.

   a. The time between November 3, 2020, and December 14, 2020, is excluded under the Speedy Trial Act. The ends of justice served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial. *See id.* § 3161(h)(7)(A).

IT SO STIPULATED.

| | |
|---|---|
| October 16, 2020<br>Dated | DAVID L. ANDERSON<br>United States Attorney<br>Northern District of California |
| | /S |
| | MARI OVERBECK<br>Assistant United States Attorney |

STIP & [PROPOSED] ORDER                    2

|  |  |
|---|---|
| October 16, 2020<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
|  | /S<br>SOPHIA WHITING<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

|  |  |
|---|---|
| October 16, 2020<br>Date | HON. RICHARD SEEBORG<br>United States District Judge |

STIP & [PROPOSED] ORDER            3