JODI LINKER
Federal Public Defender
Northern District of California
SOPHIA WHITING
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:         Sophia_Whiting@fd.org

Counsel for Defendant PETTUS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 20-00285-RS |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |
| v. | |
| CHARLES PETTUS, | |
| Defendant. | |

Charles Pettus is scheduled for a status hearing regarding supervised release violations on August 6, 2024, at 9:30 a.m. The parties and U.S. Probation are in discussion about a potential resolution. Mr. Pettus is compliant with the conditions of his release, including location monitoring. The parties therefore request the Court continue the status hearing to September 10, 2024 at 9:30 a.m., or as soon thereafter as the Court is available.

//

//

//

IT IS SO STIPULATED.

August 2, 2024
Dated

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

/S

MARJA-LIISA OVERBECK
Assistant United States Attorney

August 2, 2024
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S

SOPHIA WHITING
Assistant Federal Public Defender

IT IS SO ORDERED.

8/2/2024
Dated

HON. RICHARD SEEBORG
United States Chief District Judge

STIPULATION AND ORDER